IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY KENNETH LEE, #184070, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:21-CV-66-RAH-SMD |
| | ) |
| WARDEN JONES, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On February 12, 2021, the Magistrate Judge entered a Recommendation (Doc. 3) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 2) is DENIED.

3. This case is DISMISSED without prejudice in accordance with the provisions of 28 U.S.C. § 1915(g) for Plaintiff's failure to pay the full filing fee upon initiation of this case.

A separate Final Judgment will be entered.

DONE, this the 8th day of March, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE